# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL BLACK | : | |
|     Petitioner, | | |
| | | CIVIL ACTION |
| v. | : | NO. 15-3683 |
| | | |
| TREVOR WINGARD, et al. | | |
|     Respondents. | : | |

## O R D E R

AND NOW, this 27th day of September, 2016, upon careful and independent consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 20), it is hereby ORDERED as follows:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED;

3. There is no basis for the issuance of a Certificate of Appealability; and,

4. This matter shall be marked CLOSED.

BY THE COURT:

/s/  C. DARNELL JONES, II    J.